AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**DEFENDANT - U.S.**

▶ ERNEST PASCUAL BACA

FILED
OCT 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-00659 DLJ

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
Alameda County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
BRYAN R. WHITTAKER, SAUSA

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   }  ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

*E-filing*

# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

---

### UNITED STATES OF AMERICA,

### V.

### ERNEST PASCUAL BACA,

## CR07-00659 DLJ

### DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 922(g)(1) -- Felon in Possession of
Firearms and Ammunition

---

A true bill

_____ Foreman

Filed in open court this _18th_ day of
~~October~~ 2007

_____ Clerk

Bail, $ No bail arrest warrant
Wayne D. Brazil    10-18-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 OCT 18 PM 3:22

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,           )     No. CR07-00659 DLJ
                                    )
         Plaintiff,                 )     VIOLATION:  18 U.S.C. § 922(g)(1) -
                                    )     Felon in Possession of Firearms and
    v.                              )     Ammunition
                                    )
                                    )
ERNEST PASCUAL BACA,                )
                                    )     OAKLAND VENUE
         Defendant.                 )
                                    )
                                    )
_____    )

INDICTMENT

The Grand Jury charges:

On or about August 2, 2007, in the Northern District of California, the defendant,

ERNEST PASCUAL BACA,

having previously been convicted of a felony crime punishable by a term of imprisonment
exceeding one year, did knowingly possess, in an affecting interstate commerce, the following
firearms and ammunition: (1) a Beretta, Model 92FS, 9 millimeter pistol, serial number
BER082812Z; (2) a Savage Arms Corporation, lever action rifle, Model 300 Savage, serial
number 535943; (3) a Winchester, Model 50, 20 gauge shotgun, serial number 120157; (4) a
Winchester, Model 94, 30-30 rifle classic, serial number 3006996; and (5) eight rounds of

BACA INDICTMENT

Federal Cartridge Company, 9 millimeter, Luger full metal jacket; *ammunitions* all in violation of Title 18,

United States Code, Section 922(g)(1).

DATED:                                                     A TRUE BILL.

October 18, 2007

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *Bryan R. Whittaker*                )
SAUSA WHITTAKER

BACA INDICTMENT