1 JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

BRIAN J. STRETCH (CASBN 163973)
3 Chief, Criminal Division

4 BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

5

1301 Clay Street, Suite 340S
6 Oakland, California 94612
Telephone: (510) 637-3680
7 Facsimile: (510) 637-3724
E-Mail: bryan.whittaker@usdoj.gov

8

Attorneys for the United States

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

| UNITED STATES OF AMERICA | ) | No. CR 07-00659 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ERNEST PASCUAL BACA, | ) | |
| Defendant. | ) | |

19      TO:    The Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United
States District Court for the Northern District of California:

20

21      Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that

22 this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ERNEST

23 PASCUAL BACA, whose place of custody and jailor are set forth in the requested Writ, attached

24 hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled

25 matters before the Honorable Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on

26 Friday, February 15, 2008, and therefore petitioner prays that this Court issue the Writ as

27 PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
28 CASE NO. CR  07-00659 DLJ

1  presented.

2

3  Dated: January 16, 2008                    Respectfully submitted,

4                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney

5

6                                                         /S/
7                                             BRYAN R. WHITTAKER
                                              Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  PETITION FOR WRIT OF HABEAS
    CORPUS AD PROSEQUENDUM
28  CASE NO. CR  07-00659 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  CR 07-00659 DLJ |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | PETITION FOR AND WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| ERNEST PASCUAL BACA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, ERNEST PASCUAL BACA, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Friday, February 15, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January ___, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE  NO. CR 07-00659 DLJ

1    <u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

2    TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
       his authorized deputies, the Warden, San Quentin State Prison, or any California Department
3      of Corrections facility:

4    <u>GREETINGS</u>

5    WE COMMAND that on Friday, February 15, 2008, at 10:00 a.m., or as soon thereafter

6    as practicable, you have and produce the body of ERNEST PASCUAL BACA, DOB 9/10/1978,

7    in your custody, before the United States Magistrate Court in and for the Northern District of

8    California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate Judge, 1301

9    South Clay Street, Oakland, California, Courtroom 4, 3rd Floor, in order that ERNEST

10   PASCUAL BACA may then appear for an appearance upon the charges heretofore filed against

11   him in the above-entitled Court, and that immediately after said hearing to return him forthwith

12   to said above-mentioned  institution or abide by such order of the above-entitled Court as shall

13   thereafter be made concerning the custody of said prisoner, and further to produce said prisoner

14   at all times necessary until the termination of the proceedings in this Court;

15   IT IS FURTHER ORDERED that should the local or state custodian release from its

16   custody the above-named person, he be immediately delivered and remanded to the United States

17   Marshal and/or his authorized deputies under this Writ.

18   WITNESS the Hon. Elizabeth D. Laporte, United States Magistrate Judge, United States

19   District Court for the Northern District of California.

20   DATED: January __, 2008

21                                          CLERK, UNITED STATES DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
22

23

                             By:    _____
24                                          DEPUTY CLERK

25

26

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE  NO. CR 07-00659 DLJ