1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TX 24047097)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: bryan.whittaker@usdoj.gov
8
   Attorneys for the United States
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA        )   No. CR 07-00659 DLJ
   |                                 )
14 |        Plaintiff,                )
   |                                 )
15 |   v.                             )   PETITION FOR AND WRIT OF HABEAS
   |                                 )   CORPUS AD PROSEQUENDUM
16 | ERNEST PASCUAL BACA,            )
   |                                 )
17 |                                 )
   |        Defendant.                )
18 |_____)

19     TO:   The Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United
             States District Court for the Northern District of California:
20

21     Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that

22 this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ERNEST

23 PASCUAL BACA, whose place of custody and jailor are set forth in the requested Writ, attached

24 hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled

25 matters before the Honorable Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on

26 Friday, February 15, 2008, and therefore petitioner prays that this Court issue the Writ as

27 PETITION FOR WRIT OF HABEAS
   CORPUS AD PROSEQUENDUM
28 CASE NO. CR  07-00659 DLJ

1 | presented.

3 | Dated: January 16, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
BRYAN R. WHITTAKER
Special Assistant United States Attorney

27 | PETITION FOR WRIT OF HABEAS
28 | CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00659 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ERNEST PASCUAL BACA, <br>     Defendant. | No. CR 07-00659 DLJ <br><br> [~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, ERNEST PASCUAL BACA, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Friday, February 15, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January 17, 2008

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00659 DLJ

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, the Warden, San Quentin State Prison, or any California Department of Corrections facility:

<u>GREETINGS</u>

WE COMMAND that on Friday, February 15, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of ERNEST PASCUAL BACA, DOB 9/10/1978, in your custody, before the United States Magistrate Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate Judge, 1301 South Clay Street, Oakland, California, Courtroom 4, 3rd Floor, in order that ERNEST PASCUAL BACA may then appear for an appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Elizabeth D. Laporte, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: January 17 2008

                                                  CLERK, UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA

By: *[signature: Lili M. Harrell]*
                          DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00659 DLJ