| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 10 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 2/15/08 10:17:30-10:27:47 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>2/15/08 | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00659-DLJ |

### APPEARANCES

| DEFENDANT<br>ERNEST PASCUAL BACA | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Shawn Halbert | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | | INTERPRETER<br>Monique Inciarte (Spanish Int.) | | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Hence Williams | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>6 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 Min HELD | ☒ ARRAIGNMENT<br>3 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>2/15/08 | ☒ ADVISED<br>OF CHARGES<br>2/15/08 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**FEB 1 5 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☒ DETAINED ☐ RELEASED | ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>3/7/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>D. LOWELL JENSEN | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 3/7/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

cc: WDB's Stats, Frances, Pretrial

### ADDITIONAL PROCEEDINGS

In light of the deft. currently serving his State sentence for parole viol. for the next 5 more months, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained. The deft. reserves his rights to have his Detention Hrg. -- if & when he believes it's on his best interest to put his Detention Hrg. back on cal. later. The deft. was given a fin. affidavit form by the Clerk and the deft. was sworn in by the Court re: info. that he's going to provide in his affidavit. The Court told the deft's atty. that after the deft. completes his fin. affidavit later, she can just submit his affidavit to the Court & there will be no court appear. necessary. Request for discovery was made by the deft's atty. to the govt's atty. Discovery shall be provided by the govt's atty. to the deft's atty. promptly.

DOCUMENT NUMBER: