1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE RHYNE (CABN 216799)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3693
7      FAX: (510) 637-3724

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
11

12 UNITED STATES OF AMERICA       )     No. CR-07-00659 DLJ
                                  )
13       v.                       )
                                  )
14 ERNEST P. BACA,                )     SUBSTITUTION OF ATTORNEY
                                  )
15       Defendant.               )
   _____)
16

17     Please take notice that as of February 21, 2008, the Assistant U.S. Attorney whose

18 name, address, telephone number and email address are listed below was assigned to be

19 counsel for the government.

20              Assistant U.S. Attorney Wade Rhyne
                1301 Clay Street, Suite 340S
21              Oakland, CA 94612
                Telephone: (510) 637-3680
22              Wade.Rhyne@usdoj.gov

23

24 DATED: February 21, 2008          Respectfully submitted,

25                                   JOSEPH P. RUSSONIELLO
                                     United States Attorney
26
                                        /s/
27                                   WADE RHYNE
                                     Assistant United States Attorney
28