JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0659 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | PETITION FOR AND WRIT OF HABEAS |
| v. ) | CORPUS AD PROSEQUENDUM |
| ) | |
| ) | |
| ERNEST PASCUAL BACA, ) | OAKLAND VENUE |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ERNEST PASCUAL BACA, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1  Court, and therefore petitioner prays that this Court issue the Writ as presented.
2
3  Dated: February 21, 2008                    Respectfully submitted,
4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5
6                                              *WMRy*
7                                              _____
                                               WADE M. RHYNE
                                               Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERNEST PASCUAL BACA,<br><br>    Defendant. | No. CR 07-0659 DLJ<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, ERNEST PASCUAL BACA, before the Hon. D. Lowell Jensen, United States District Court Judge, at 9:00 a.m. on Friday, March 7, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: February___, 2008

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM