BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant ERNEST BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERNEST BACA,<br><br>  Defendant. | No. CR 07-00659 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FROM MARCH 7, 2008 TO MARCH 21, 2008 AND FOR EXCLUSION OF TIME |

    Defendant Ernest Baca is scheduled to have his first appearance before this Court on March 7, 2008 at 9:00 a.m. Undersigned defense counsel has become unavailable for that court appearance and requests that it be continued to March 21, 2008, during which time counsel will perform additional work on the case. The government is agreeable to the request for a two-week continuance. The parties further stipulate and agree that the time between March 7, 2008 and March 21, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

    For these reasons, the parties request that the Court order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the continuance is necessary for continuity of counsel and to provide counsel for the defendant the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

Dated:   March 6, 2008              /S/
                                    _____
                                    SHAWN HALBERT
                                    Assistant Federal Public Defender

SO STIPULATED.

Dated:   March 6, 2008              /S/
                                    _____
                                    WADE RHYNE
                                    Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued to March 21, 2008, at 9:00 a.m. for the initial appearance before this Court.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from March 7, 2008 to March 21, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:   March ___, 2008

D. LOWELL JENSEN
United States District Judge