UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  3/21/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                                                        **No.** CR-07-00659-DLJ

**Defendant:** Ernest Pascual Baca [present; in custody; spanish interpreter]
** AFPD informed Court that NO interpreter is needed for this defendant **

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** Carole Glasser- spanish interpreter
**AFPD informed Court that NO interpreter is needed for this defendant**

**Probation Officer:**

**Reason for Hearing:**                     **Ruling:**

SETTING/STAT                                 -HELD

**Notes:**

**Case Continued to**  4/18/08 AT 9:00AM            for  Motion Setting/or Change of Plea

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                        for Pretrial Conference
**Case Continued to**           for          Trial

**Excludable Delay: Category: Begins:**     3/21/08     **Ends:** 4/18/08

Case 4:07-cr-00659-DLJ    Document 14    Filed 03/21/2008    Page 2 of 2