UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:**  Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                  **No.** CR-07-00659-DLJ

**Defendant:** Ernest Pascual Baca [present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                     -HELD

**Notes:**

**Case Continued to**    5/16/08 AT 9:00AM      for  Motion Setting/or Change of Plea

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                        for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**  4/18/08      **Ends:**  5/16/08