BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00659 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF SUBSTITUTION OF |
| ) | ATTORNEY |
| ERNEST PASCUAL BACA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the

above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general

appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

Counsel's contact information is listed above.

Dated: May 13, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                                /S/

                                        NED SMOCK
                                        Assistant Federal Public Defender

Notice of Substitution of Attorney                1