1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant ERNEST PASCUAL BACA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-659 DLJ
                                       )
12                Plaintiff,           )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER FOR CONTINUANCE AND**
13  vs.                                )    **EXCLUSION OF TIME UNDER THE**
                                       )    **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
14  ERNEST PASCUAL BACA,               )    **SEQ.**
                                       )
15                Defendant.           )    Current Date: May 16, 2008
    _____)    Requested Date: May 23, 2008
16

17        The parties in the above-captioned matter are scheduled to appear before the Court on

18  May 16, 2008**.**  The parties stipulate and agree that the matter should be continued to May 23,

19  2008 because new defense counsel has substituted into the case as of May 12, 2008**.**  Defense

20  counsel needs time to familiarize himself with the case and meet with the defendant.  For the

21  foregoing reasons, the parties further stipulate and agree that the ends of justice are served by the

22  continuance requested herein outweigh the best interest of the public and the defendant in a

23  speedy trial because the failure to grant the continuance would deny the counsel for the defendant

24  the reasonable time necessary for effective preparation and would deny the defendant continuity

25  //

26  //

Stip re: Continue and Exclude Time              1

1   of counsel, taking into account the exercise of due diligence.  The parties therefore stipulate and

2   agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

3

4    May 15, 2008                              /s
    Date                                      Ned Smock
5                                             Assistant Federal Public Defender

6    May 15, 2008                              /s
    Date                                      Wade M. Rhyne
7                                             Assistant United States Attorney

8

9          Based on the reasons provided in the stipulation of the parties above, the Court hereby

10   FINDS that the ends of justice served by the continuance requested herein outweigh the best

11   interest of the public and the defendant in a speedy trial because the failure to grant the

12   continuance would deny the counsel for the defendant the reasonable time necessary for effective

13   preparation and deny the defendant continuity of counsel, taking into account the exercise of due

14   diligence.  The Court makes this finding because new defense counsel has substituted into the

15   case as of May 12, 2008**.**  Defense counsel needs time to familiarize himself with the case and

16   meet with the defendant.

17          Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

18   is continued to May 23, 2008, and that time is excluded from May 16, 2008 to May 23, 2008

19   pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

20          IT IS SO ORDERED.

21

22
    _____          _____
23   Date                              Honorable D. Lowell Jensen
                                      Judge, United States District Court
24                                    Northern District of California

25

26