| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|  | Federal Public Defender |
| 2 | NED SMOCK |
|  | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|  | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|  | Telephone:  (510) 637-3500 |
| 5 |  |
|  | Counsel for Defendant ERNEST PASCUAL BACA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-659 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER FOR CONTINUANCE AND** |
| vs. | ) | **EXCLUSION OF TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.** |
| ERNEST PASCUAL BACA, | ) | **SEQ.** |
| | ) | |
| Defendant. | ) | Current Date: May 16, 2008 |
| | ) | Requested Date: May 23, 2008 |

The parties in the above-captioned matter are scheduled to appear before the Court on May 16, 2008**.**  The parties stipulate and agree that the matter should be continued to May 23, 2008 because new defense counsel has substituted into the case as of May 12, 2008**.**  Defense counsel needs time to familiarize himself with the case and meet with the defendant.  For the foregoing reasons, the parties further stipulate and agree that the ends of justice are served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation and would deny the defendant continuity

//

//

Stip re: Continue and Exclude Time                    1

1  of counsel, taking into account the exercise of due diligence.  The parties therefore stipulate and

2  agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4   May 15, 2008                                              /s
  Date                                                          Ned Smock
5                                                                   Assistant Federal Public Defender

6   May 15, 2008                                              /s
  Date                                                          Wade M. Rhyne
7                                                                   Assistant United States Attorney

9       Based on the reasons provided in the stipulation of the parties above, the Court hereby

10  FINDS that the ends of justice served by the continuance requested herein outweigh the best

11  interest of the public and the defendant in a speedy trial because the failure to grant the

12  continuance would deny the counsel for the defendant the reasonable time necessary for effective

13  preparation and deny the defendant continuity of counsel, taking into account the exercise of due

14  diligence.  The Court makes this finding because new defense counsel has substituted into the

15  case as of May 12, 2008**.**  Defense counsel needs time to familiarize himself with the case and

16  meet with the defendant.

17       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

18  is continued to May 23, 2008, and that time is excluded from May 16, 2008 to May 23, 2008

19  pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

20       IT IS SO ORDERED.

22   May 15, 2008                                                
  Date                                                            Honorable D. Lowell Jensen
23                                                                  Judge, United States District Court
                                                                Northern District of California