BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ERNEST PASCUAL BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>             Plaintiff,  )<br>   )<br>vs.   )<br>   )<br>ERNEST PASCUAL BACA,   )<br>   )<br>             Defendant.  )<br>_____ ) | No. CR-07-659 DLJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET. SEQ.**<br><br>Current Date: May 23, 2008<br>Requested Date: June 20, 2008 |

The parties in the above-captioned matter are scheduled to appear before the Court on May 23, 2008. The parties stipulate and agree that the matter should be continued to June 20, 2008 because new defense counsel needs additional time to review discovery, discuss the case with the defendant, and perform relevant legal research. For the foregoing reasons, the parties further stipulate and agree that the ends of justice are served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation and would deny the defendant continuity of counsel, taking into account the

//

//

Stip re: Continue and Exclude Time                1

1  exercise of due diligence.  The parties therefore stipulate and agree that time should be excluded

2  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

3

4   May 21, 2008                              /s                                              
   Date                                       Ned Smock
5                                              Assistant Federal Public Defender

6   May 21, 2008                              /s                                              
   Date                                       Wade M. Rhyne
7                                              Assistant United States Attorney

8

9       Based on the reasons provided in the stipulation of the parties above, the Court hereby

10  FINDS that the ends of justice served by the continuance requested herein outweigh the best

11  interest of the public and the defendant in a speedy trial because the failure to grant the

12  continuance would deny the counsel for the defendant the reasonable time necessary for effective

13  preparation and deny the defendant continuity of counsel, taking into account the exercise of due

14  diligence.  The Court makes this finding because new defense counsel has substituted into the

15  case as of May 12, 2008.  Defense counsel needs time to review discovery, meet with the

16  defendant, and perform legal research.

17      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

18  is continued to June 20, 2008, and that time is excluded from May 23, 2008 to June 20, 2008

19  pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

20      IT IS SO ORDERED.

21

22  _____          _____
    Date                            Honorable D. Lowell Jensen
23                                  Judge, United States District Court
                                    Northern District of California
24

25

26

Stip re: Continue and Exclude Time           2