BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ERNEST PASCUAL BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERNEST PASCUAL BACA, )<br>)<br>Defendant. )<br>_____ ) | No. CR-07-00659 DLJ<br><br>**STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET. SEQ.**<br><br>Current Date: May 23, 2008<br>Requested Date: June 20, 2008 |

The parties in the above-captioned matter are scheduled to appear before the Court on May 23, 2008**.** The parties stipulate and agree that the matter should be continued to June 20, 2008 because new defense counsel needs additional time to review discovery, discuss the case with the defendant, and perform relevant legal research.  For the foregoing reasons, the parties further stipulate and agree that the ends of justice are served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation and would deny the defendant continuity of counsel, taking into account the

//

Stip re: Continue and Exclude Time                              1

1  //

2  exercise of due diligence.  The parties therefore stipulate and agree that time should be excluded

3  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4

5  May 21, 2008                                             /s
   Date                                                         Ned Smock
6                                                                  Assistant Federal Public Defender

7  May 21, 2008                                             /s
   Date                                                         Wade M. Rhyne
8                                                                  Assistant United States Attorney

9

10      Based on the reasons provided in the stipulation of the parties above, the Court hereby

11  FINDS that the ends of justice served by the continuance requested herein outweigh the best

12  interest of the public and the defendant in a speedy trial because the failure to grant the

13  continuance would deny the counsel for the defendant the reasonable time necessary for effective

14  preparation and deny the defendant continuity of counsel, taking into account the exercise of due

15  diligence.  The Court makes this finding because new defense counsel has substituted into the

16  case as of May 12, 2008.  Defense counsel needs time to review discovery, meet with the

17  defendant, and perform legal research.

18      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

19  is continued to June 20, 2008, and that time is excluded from May 23, 2008 to June 20, 2008

20  pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

21      IT IS SO ORDERED.

22

23  May 21, 2008
    Date                                                         Honorable D. Lowell Jensen
24                                                                 Judge, United States District Court
                                                                  Northern District of California
25

26

Stip re: Continue and Exclude Time                2