UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

v.                                                                                   **No.** CR-07-00659-DLJ

**Defendant:** Ernest Pascual Baca [present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Ned Smock

**Interpreter:** not needed

**Probation Officer:**

| Reason for Hearing: | Ruling: |
| --- | --- |
| STATUS | -HELD |

**Notes:**

**Case Continued to** 7/11/08 AT 9:00AM for Motion Setting/or Change of Plea

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**            for Pretrial Conference

**Case Continued to**        for        Trial

**Excludable Delay: Category: Begins:** 6/20/08    **Ends:** 7/11/08