UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-07-00659-DLJ

**Defendant:** Ernest Pascual Baca [present; in cusody]

**Appearances for AUSA:** Christine Wong (for Wade Rhyne)

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**MOTION SETTING**                    **-HELD**
Change of Plea- NOT HELD

**Notes:**

**Case Continued to 8/29/08 AT 11:00AM  for Defendant's Motion to Suppress**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:** Def file 8/1/08     **Opposition Due:** Gov Respond 8/15; Replies 8/22

**Case Continued to**                   for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:**  7/11/08     **Ends:** 8/29/08