# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 15, 2008

Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Ernest Pascual Baca
CR-07-00659 DLJ

Dear Judge Brazil:

I write to request that the case of Ernest Baca be placed on your criminal calendar on Friday, July 18, 2008 at 10:00 a.m. for a bail review hearing. I have contacted both U.S. Pretrial Services and the assigned Assistant United States Attorney about this request and all parties are available.

Mr. Baca waived a bail hearing at his initial appearance before your Honor on February 15, 2008 because he had a state parole hold. That hold has since been lifted and Mr. Baca is now seeking pretrial release on conditions. His next appearance before Judge Jensen is August 29, 2008 for hearing on a defense suppression motion.

Mr. Baca was interviewed by Pretrial Services today and my understanding is that a report will be prepared for your review in advance of the hearing on Friday. Mr. Baca's family members will be present in court. Please feel free to contact me if you have any questions.

Sincerely,

BARRY PORTMAN
Federal Public Defender

/S/
NED SMOCK
Assistant Federal Public Defender

cc:   Amelia Berthelsen, U.S. Pretrial Services
AUSA Wade Rhyne