# EXHIBIT A

**070802004**  Supplement No ORIG

# Fremont Police Department



2000 Stevenson Blvd

Fremont, CA 94538

Reported Date
08/02/2007
Nature of Call
148.9
Officer
MAGANA, ARMANDO

510-790-6800 Main Phone

510-790-6831 Fax

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| Fremont Police Department | 070802004 | ORIG | 08/02/2007 | 01:38 | 070067272 |

| Status | Nature of Call |
|---|---|
| REPORT TO FOLLOW | FALSE REPORT TO POLICE |

| Location | City | Rep Dist | Area | Beat |
|---|---|---|---|---|
| GLENVIEW DR/MOWRY AV | Fremont | 520 | 2 | 2 2 |

| From Date | From Time | To Date | To Time | Officer |
|---|---|---|---|---|
| 08/02/2007 | 01:38 | 08/02/2007 | 01:38 | 12199/MAGANA, ARMANDO |

| Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|
| Mid Shift, B Team, Zone 2 | 12199 | Mid Shift, B Team, Zone 2 | Successful |

| Prop Trans Stat | Approved By | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| Successful | 1087 | 1087 | 08/04/2007 | 07:31:52 |

| Arrest/Exceptional Clearance | Follow Up | CAR Form | Digital Evidence |
|---|---|---|---|
| Yes | Yes | Yes | Yes |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | PC148 9 | False identity to of | |
| 2 | VC14601 | Driving suspended li | |
| 3 | PC3056 | Parole violation | |
| 4 | PC12021 | Alien/addict/felon p | |
| 5 | PC12025 | Carry concealed weap | |
| 6 | PC12031 | Possession loaded we | |
| 7 | HS11377 | Possession controlle | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | BACA, ERNEST PASCUAL | 989999 | H | M | 09/10/1978 |
| PER | 1 | I | CUEVA, ANA | 1217978 | H | F | 08/10/1981 |
| PER | 2 | I | BACA-CARDERA, ARLENE | 1272630 | H | F | 11/22/1956 |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| FCN | 1 | 5LQS907 | CA | 2008 | 2005 | PONT | SUN | 2D | BLK |
| TOW | 1 | 3VSD631 | CA | 2008 | 1997 | TOYT | COR | 4D | GRN |

## Property Summary

| Involvement |
|---|
| EVD |

Description
ARTICLE: OTHER ITEMS OTHER   pink slip and dmv transfer forms to veh 3VSD631

| Involvement |
|---|
| EVD |

Description
ARTICLE: OTHER ITEMS OTHER RADIOS RADIO gray/black portable radio scanner w/head phones

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 1 of 10 |

**070802004**  Supplement No ORIG

# Fremont Police Department

## Property Summary

| Involvement | Description |
|---|---|
| EVD | DRUG: 3 GM of Amphetamine/Methamphetamine plastic bottle w/pills/baggie w/sus meth |
| SFK | ARTICLE: OTHER ITEMS OTHER    bail bonds key band with two house keys |

## Summary Narrative

Please use this summary for charging.

On August 02, 2007 I was working uniformed patrol and driving marked patrol car #515. At approximately 0132 hours I was traveling w/b Mowry approaching Glenview when I noticed a vehicle (Green Toyota Corolla) stopped at the stop sign at w/b Mowry frontage and Glenview. The vehicle remained stopped at the stop sign (brake lights lit) for what appeared to be a long period of time. I did not observe any vehicles traveling in any direction.

I arrived at Glenview Dr and turned n/b. The vehicle made a right turn right in front of me and proceeded n/b on Glenview. I noticed as the vehicle passed that it was occupied by one male subject wearing glasses. I ran a license plate check (3VSD631) and the information returned clear and valid. The vehicle immediately pulled to the right hand side of the road way and parked (approximately 50 yards north of Mowry).

I slowed and observed a Hispanic male wearing glasses exit the driver door and walk to the sidewalk. I stopped in the middle of the roadway just behind the Corolla and rolled down my window. I recognized the male subject from previous contact but could not remember his name. I remained seated in my patrol vehicle (no lights or spotlights activated) and spoke to the male subject through my passenger window.

I asked the male subject if he was related to Greg Lopez. The male subject said he was not related to that person but was close friends with his family. I asked the subject what his name was and he said Chris Baca. I asked the subject if he had a valid driver's license and if he was on probation. The subject said he possessed a valid license and was not on probation. The male subject said he was visiting his girlfriend (Ana Cueva) who lived at the corner of Mowry/ Glenview. I did not recognize the first name the subject provided (Chris) but did not have any reason to detain the subject. I told the subject to be safe and I drove away.

I made a U-turn and drove back towards Mowry and turned w/b. I immediately recalled the name of the subject as Ernie Baca and realized he had lied to me. I recalled Ernie Baca to be an Irvington Norteno Gang member. I made a u-turn at Mowry/ Blacow and drove back to re-contact the subject. I contacted the subject at the n/e corner of or Mowry/ Glenview within several minutes from my first contact. I exited my patrol car and walked up to the subject (again no lights or sirens activated). I confronted the subject about his name. The subject again identified himself as Chris Baca. I told the subject that I recognized him as Ernie Baca. The subject hesitated and said he was not Ernie Baca. I told the subject that I didn't appreciate his dishonesty and asked him again what his name was. The subject then said he was Ernie Baca. I asked Baca why he lied to me and he said because he was on parole and did not want to make a scene in front of his girlfriend's house (violation of PC 148.9). I requested a cover unit and Officer Macdonald arrived to assist.

I ran a record check on Ernest Baca and confirmed he was active to parole for violation of PC 212.5 (c). His driver license information (B7533471) returned suspended/ revoked and his license was surrendered by subject (violation VC14601). I noticed his left elbow had a tattoo of a "Huelga" bird, common among the Norteno gang members.

Based on a condition of his parole, I conducted a thorough search of his person for illegal items/contraband which met with negative results. I noticed during the search that he was not in possession of car keys despite the fact that I had just seen him park the car.

Baca told me the following in summary. Initially Baca said he went out to dinner with Ana this evening at Denny's (Mowry/Farwell). Baca said they drove to Denny's and returned afterwards in her black car. Baca said he returned because he left his cell phone in Ana's car. I asked Baca where the keys to the Corolla were and he said he gave them to Ana. I asked Baca if he returned only to get his cell phone why would he give the keys to Ana. Baca hesitated before answering and appeared to be thinking of what to say next.

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 2 of 10 |

# Fremont Police Department

## Summary Narrative

Baca then said the green Toyota Corolla belonged to his mother and that Ana's family was interested in buying it. Baca said he brought the car over to the house and planned on leaving it with Ana Cueva (this completely contradicted his early statement about returning for his cell phone). Based on his behavior and change of stories I thought the car may have been stolen.

Officer Macdonald stood by with Baca while I contacted Ana at the front door. A male answered the door and said Ana was home but was sound asleep. I asked the family member to wake her up because I needed to speak with her. A female arrived at the front door and verbally identified herself as Ana Cueva. I ran a record check on Ana and learned she was active to probation for HS 11550 (docket 193260) with an S-7 search clause. I pointed to the male sitting on the curb in front of her house and asked her who the subject was. Ana replied "Ernie Baca". I asked her why he was in front of her house and she said she did not know. Ana said Ernie left approximately an hour ago and she went to sleep.

Ana said Ernie arrived at approximately midnight and they went to Denny's in her car to eat. After they ate she said they returned to her house and he left. I asked Ana if she had the key to the Corolla and she said "No". I asked her if Baca left his cell phone in her car and she said she did not know. Ana offered to walk out and check her car for Baca's cell phone. I walked with her to a black Pontiac Sun fire and she located his cell on the passenger side of her car. I asked Ana to give the phone to Baca herself and ask him why he said he gave her they key to the Corolla. Ana willing walked over to where Baca was being detained and handed him his phone.

Ana became hesitant and did not say anything to Baca. I asked Baca in front of Ana what he did with the key to the Corolla. Baca said he gave it to her and looked at Ana. Ana said she did not have the key to the Corolla and did not know why he was saying that. I reminded Ana that she was on searchable probation and that she should be honest about the location of the key. I told Ana to talk with Baca about the location of the key while I made contact with the registered owner of the Corolla to ascertain if the vehicle was an unreported stolen vehicle.

I made contact with Sister Ann Gelles from Sisters of the Holy Family convent and confirmed the vehicle was not stolen. Gelles advised that Baca's mother Arlene worked at the convent. I tried to reach Arlene Baca with negative results. I asked Ana and Baca if they came up with the location of the key and they said no. I had no further questions for Ana and she returned to her home.

I arrested Baca for PC 148.9 (False name to Officer) based on the fact that he initially told me he was Chris Baca. I also arrested him for VC 14601 since I had observed him driving the corolla, pulling over to the curb to park and exit the driver side of the car with clear and unobstructed view. I confirmed his identity was Ernest Baca. I confirmed he was a parole and had a suspended driver's license. I handcuffed Baca and secured him in my patrol car.

I requested a tow for the Corolla per VC 14602.6. The vehicle was locked and the windows were rolled up. Prior to the arrival of the tow company I shined my flashlight through the windows of the car. I noticed what appeared to be the keys to the car on the floor board of the driver side. I further noticed what appeared to be the handle of a handgun underneath passenger seat. Allways tow arrived and the driver was able to unlock the driver side rear door for me to gain access. Officer Lambert and his K-9 arrived to assist with the search.

I searched the car and located a loaded black 9mm hand gun tucked under the passenger seat. Officer Lambert rendered the gun safe. Officer Macdonald photographed the handgun with his digital camera and I secured the gun in the trunk of my patrol car. I located the pink slip to the car and a DMV transfer form in the glove box. The pink slip was signed off by registered owner and the DMV for was filled out and signed by Ernest Baca. I collected the indicia with Ernest Baca's information and later submitted them in as evidence.

K-9 "Dax" was deployed to search the car for contraband. Officer Lambert deployed canine "Dax" into the vehicle and he indicated the presence of odor of narcotics/drugs in the area of the center console at the front of the dash by scratching.

I located a white medicine bottle (no name listed on the label) in the center counsel. Inside the bottle I located a clear plastic baggie with a white crystal like substance. From my training and experience I recognized the substance to be methamphetamine. Officer MacDonald photographed the bottle and suspected methamphetamine and I secured the substance in the trunk of my patrol car. I later weighed and NIK tested the

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 3 of 10 |

# Fremont Police Department

## Summary Narrative

substance at the station. The substance weighed approximately 3.0 grams in its packaging and was presumptive positive for methamphetamine.

I located a portable hand held scanner with earplugs in the driver side rear floorboard. I collected the scanner and later submitted the scanner in as evidence. In the trunk of the car I located three long gun boxes. In each box contained two long firearms (3 rifles and 3 shotguns). The firearms in the trunk were not loaded and no ammunition was located in the trunk. Officer MacDonald photographed the firearms and I secured them in the rear of my patrol car. Officer MacDonald later downloaded all the digital photos in as evidence.

The gun boxes contained a label from RMB enterprises. Officer Lambert assisted further by contacting the owner of RMB Enterprises, a Milpitas gun shop. Officer Lambert spoke to Blank on the telephone and asked if he had been the victim of recent commercial burglary. Officer Lambert informed him that we had several of his cardboard gun boxes with his stores name on them. Blank advised he had not been a victim and stated he frequently throws out the boxes. Officer Lambert memorialized Blank's statement via his digital recorder which was later downloaded to the FPD mainframe. Refer to his supplement for further.

The vehicle was towed by Allways Tow, at my request, per VC 14602.6. I had the vehicle entered into SVS under FCN # 1090721400832.

Officer MacDonald transported Baca to Fremont jail for booking.

I re-contacted Ana and obtained a taped statement. Ana confirmed she and Baca drove in her car to Denny's and that she never entered the green Corolla. Ana said Baca arrived in a green car and left in a green car. Ana said she had no knowledge of any firearms in the Corolla. Ana said she had no conversations with Baca about firearms. Ana said this was the first time she had ever seen Baca with this green car. Although Ana had a search clause she consented to search of her room, house and car. The search yielded negative results.

I, along with additional police personnel, conducted a parole search of Baca's listed residence. I recorded my knock notice and was met at the door by Arlene Baca (Ernest Baca's mother). I advised the reason for our search and she allowed us in and pointed to where Baca's belonging were. Arlene said Ernest had not slept at the residence in 2 months and only used the address for his parole. Arlene said Ernest frequently stops by but does not sleep there. Arlene also asked about the green Corolla. She said Ernest purchased the car on Monday from her work and she told him he needed to put the car in his name immediately. I searched his room and outdoor storage area which met with negative results.

I attempted to contact Parole Agent Enriquez (Baca's parole agent) with negative results. I did contact Parole agent Tonia Wells and she issued a PC 3056 hold on Baca. I confirmed with FPD Jail that they received the parole hold.

Based on this investigation I believe Baca deliberately locked the keys in the car to avoid having affiliation with it. I believe he lied to me about his name in an attempt to avoid being searched as a condition of his parole. I clearly observed Baca in the listed vehicle and no other persons entering or exiting. Based on the short period of time from my first and second contact (within minutes) Baca was the only person in control of the car. Baca had indicia (DMV transfer form) filled out and signed in the vehicle. Baca being a convicted felon and documented gang member makes it illegal to be in possession or control of firearms. Baca was in control of a loaded firearms located on the passenger seat and six additional firearms in the trunk. In addition 3.0 grams of suspected methamphetamine was located in the center counsel of the vehicle.

Based on this investigation I recommend this case be forwarded to DDA for charging Baca with the following: PC 148.9, VC 14601, PC 3056, PC 12021, PC 12025, PC 12031, HS 11377, and HS 11370.1.

I contacted Detective Crandall and Detective Little and advised them of this case. Due to Baca's criminal history, the amount of weapons located, it was determined that Detective Crandall and Detective Little would take over this investigation. At approximately 0630 hours I gave custody of all seven firearms to Detective Crandall. Refer to his supplement report for further.

I contacted GVS Detective Brannon and discussed this case. Detective Brannon advised me that Baca is a well known documented Irvington Norteno gang member and that he (Brannon) will also conduct follow up. Refer to

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 4 of 10 |

**070802004** Supplement No ORIG

# Fremont Police Department

**Summary Narrative**

Detective Brannon's supplement for further.

cc: Parole Agent Enriquez (Hayward)

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 5 of 10 |

**070802004**   Supplement No
ORIG

# Fremont Police Department

## ARRESTED 1: BACA, ERNEST PASCUAL

| Involvement | Invl No | Type | Name | | | | | | MNI |
|---|---|---|---|---|---|---|---|---|---|
| ARRESTED | 1 | Individual | BACA, ERNEST PASCUAL | | | | | | 989999 |
| Race | | | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
| Hispanic/Latin/Mexican | | | Male | [redacted] | 28 | No | 5'10" | 280# | Black | Brown |

Sort order: 120

| Type | Address | City |
|---|---|---|
| Home | 43226 MONTROSE AV | Fremont |

State: California (Not for boat RES)

| Type | ID No | OLS |
|---|---|---|
| Operator License/ID | B7533471 | California (Not for boat RES) |

| Type | ID No |
|---|---|
| PFN | AYJ379 |

| Type | ID No |
|---|---|
| Social Security Number | [redacted] |

| Phone Type | Phone No |
|---|---|
| Home | (510)656-4465 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|
| ARRESTED | Arrest | 08/02/2007 | 02:44:00 | 08/02/2007 | 05:01:00 | Booked |

| Dispo | Arrest Location | City |
|---|---|---|
| Felony Complaint | GLENVIEW DR/MOWRY AV | Fremont |

Rep Dist: 520   Beat: 2 2

| Charge | Level | Charge Literal |
|---|---|---|
| HS11370.1(A) | F | Poss contrld sub whi |
| PC12021(A)(1) | F | Felon possess firear |
| PC12025(A)(1) | F | Carry concealed weap |
| HS11377(A) | F | Possess controlled s |
| PC12031(A)(1) | F | Carry loaded gun in |
| PC148.9(A) | M | False ID to police |
| VC14601(A) | M | Drive with suspended |
| PC3056 | F | Parole violation fel |

## PERSON 1: CUEVA, ANA

| Involvement | Invl No | Type | Name | | | | | | MNI |
|---|---|---|---|---|---|---|---|---|---|
| PERSON | 1 | Individual | CUEVA, ANA | | | | | | 1217978 |
| Race | | | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
| Hispanic/Latin/Mexican | | | Female | 08/10/1981 | 25 | No | 5'07" | 150# | Brown | Black |

Sort order: 150

| Type | Address | City |
|---|---|---|
| Home | 4785 MOWRY AV | Fremont |

State: California (Not for boat RES)

| Type | ID No | OLS |
|---|---|---|
| Operator License/ID | D2760502 | California (Not for boat RES) |

| Type | ID No |
|---|---|
| PFN | BCC232 |

| Phone Type | Phone No |
|---|---|
| Home | (510)791-1706 |

## PERSON 2: BACA-CARDERA, ARLENE

| Involvement | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| PERSON | 2 | Individual | BACA-CARDERA, ARLENE | 1272630 |
| Race | Sex | DOB | Age | Juvenile? | Sort order |
| Hispanic/Latin/Mexican | Female | 11/22/1956 | 50 | No | 150 |

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 6 of 10 |

BACA-0018

**070802004**  Supplement No ORIG

# Fremont Police Department

| Type | Address | | City |
|---|---|---|---|
| Home | 43226 MONTROSE AV | | Fremont |

| State |
|---|
| California (Not for boat RES) |

| Type | ID No | OLS |
|---|---|---|
| Operator License/ID | N4161540 | California (Not for boat RES) |

| Phone Type | Phone No |
|---|---|
| Home | (510)656-3577 |

## Vehicle: 5LQS907

| Involvement | Type | License No | State | Lic Year |
|---|---|---|---|---|
| FIELD CONTACT | Auto | 5LQS907 | California (Not for boat RES) | 2008 |

| Lic Type | Year | Make | Model | Style |
|---|---|---|---|---|
| Regular Passenger Automobile Plates | 2005 | Pontiac | SUN | 2-door Automobile |

| Color |
|---|
| Black |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | PER | 1 | CUEVA, ANA | H | F | 08/10/1981 |

## Vehicle: 3VSD631

| Involvement | Type | License No | State | Lic Year |
|---|---|---|---|---|
| TOWED | Auto | 3VSD631 | California (Not for boat RES) | 2008 |

| Lic Type | Year | Make | Model |
|---|---|---|---|
| Regular Passenger Automobile Plates | 1997 | Toyota/Toyota Motor Co., Ltd. | COR |

| Style | Color | VIN | Storage |
|---|---|---|---|
| 4-door Automobile | Green | 7009 | Allways Tow |

| Tow By | Auth By |
|---|---|
| ALLWAYS | MAGANA, ARMANDO |

| Tow From |
|---|
| GLENVIEW DR/MOWRY AV |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| DRV | ARR | 1 | BACA, ERNEST PASCUAL | H | M | 09/10/1978 |

## Property

| Item | Involvement | In Custody? | Tag No | Item No | | | | Typ | Cat |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Evidence | Yes | 070004497 | 2 | | | | A | OTHER ITEMS |

Description: pink slip and dmv transfer forms to veh 3VSD631

| Article | # Pieces | RMS Transfer |
|---|---|---|
| Other Non-serialized Property | 2 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No | Serial No | | | Typ | Cat |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Evidence | Yes | 070004497 | 3 | C009218 | | | A | OTHER ITEMS |

Description: gray/black portable radio scanner w/head phones

| Article | Brand | Model | # Pieces | RMS Transfer |
|---|---|---|---|---|
| Other Non-serialized Property | RADIOS | RADIO | 1 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No | | Typ |
|---|---|---|---|---|---|---|
| 3 | Evidence | Yes | 070004497 | 4 | | D |

Description: plastic bottle w/pills/baggie w/sus meth

| Drug Type | Quantity | Measure | # Pieces | RMS Transfer |
|---|---|---|---|---|
| Amphetamine/Methamphetamine | 3.000 | Gram | 2 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No | | Typ | Cat |
|---|---|---|---|---|---|---|---|
| 4 | Safekeeping | Yes | 070004497 | 1 | | A | OTHER ITEMS |

Description: bail bonds key band with two house keys

| Article | # Pieces | RMS Transfer |
|---|---|---|
| Other Non-serialized Property | 3 | Successful |

## Narrative

Same as summary.

On August 02, 2007 I was working uniformed patrol and driving marked patrol car #515. At approximately 0132 hours I was traveling w/b Mowry approaching Glenview when I noticed a vehicle (Green Toyota Corolla) stopped at the stop sign at w/b Mowry frontage and Glenview. The vehicle remained stopped at the stop sign (brake lights lit) for what appeared to be a long period of time. I did not observe any vehicles traveling in any direction.

I arrived at Glenview Dr and turned n/b. The vehicle made a right turn right in front of me and proceeded n/b on

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 7 of 10 |

**070802004** Supplement No ORIG

# Fremont Police Department

## Narrative

Glenview. I noticed as the vehicle passed that it was occupied by one male subject wearing glasses. I ran a license plate check (3VSD631) and the information returned clear and valid. The vehicle immediately pulled to the right hand side of the road way and parked (approximately 50 yards north of Mowry).

I slowed and observed a Hispanic male wearing glasses exit the driver door and walk to the sidewalk. I stopped in the middle of the roadway just behind the Corolla and rolled down my window. I recognized the male subject from previous contact but could not remember his name. I remained seated in my patrol vehicle (no lights or spotlights activated) and spoke to the male subject through my passenger window.

I asked the male subject if he was related to Greg Lopez. The male subject said he was not related to that person but was close friends with his family. I asked the subject what his name was and he said Chris Baca. I asked the subject if he had a valid driver's license and if he was on probation. The subject said he possessed a valid license and was not on probation. The male subject said he was visiting his girlfriend (Ana Cueva) who lived at the corner of Mowry/ Glenview. I did not recognize the first name the subject provided (Chris) but did not have any reason to detain the subject. I told the subject to be safe and I drove away.

I made a U-turn and drove back towards Mowry and turned w/b. I immediately recalled the name of the subject as Ernie Baca and realized he had lied to me. I recalled Ernie Baca to be an Irvington Norteno Gang member. I made a u-turn at Mowry/ Blacow and drove back to re-contact the subject. I contacted the subject at the n/e corner of or Mowry/ Glenview within several minutes from my first contact. I exited my patrol car and walked up to the subject (again no lights or sirens activated). I confronted the subject about his name. The subject again identified himself as Chris Baca. I told the subject that I recognized him as Ernie Baca. The subject hesitated and said he was not Ernie Baca. I told the subject that I didn't appreciate his dishonesty and asked him again what his name was. The subject then said he was Ernie Baca. I asked Baca why he lied to me and he said because he was on parole and did not want to make a scene in front of his girlfriend's house (violation of PC 148.9). I requested a cover unit and Officer Macdonald arrived to assist.

I ran a record check on Ernest Baca and confirmed he was active to parole for violation of PC 212.5 (c). His driver license information (B7533471) returned suspended/ revoked and his license was surrendered by subject (violation VC14601). I noticed his left elbow had a tattoo of a "Huelga" bird, common among the Norteno gang members.

Based on a condition of his parole, I conducted a thorough search of his person for illegal items/contraband which met with negative results. I noticed during the search that he was not in possession of car keys despite the fact that I had just seen him park the car.

Baca told me the following in summary. Initially Baca said he went out to dinner with Ana this evening at Denny's (Mowry/Farwell). Baca said they drove to Denny's and returned afterwards in her black car. Baca said he returned because he left his cell phone in Ana's car. I asked Baca where the keys to the Corolla were and he said he gave them to Ana. I asked Baca if he returned only to get his cell phone why would he give the keys to Ana. Baca hesitated before answering and appeared to be thinking of what to say next.

Baca then said the green Toyota Corolla belonged to his mother and that Ana's family was interested in buying it. Baca said he brought the car over to the house and planned on leaving it with Ana Cueva (this completely contradicted his early statement about returning for his cell phone). Based on his behavior and change of stories I thought the car may have been stolen.

Officer Macdonald stood by with Baca while I contacted Ana at the front door. A male answered the door and said Ana was home but was sound asleep. I asked the family member to wake her up because I needed to speak with her. A female arrived at the front door and verbally identified herself as Ana Cueva. I ran a record check on Ana and learned she was active to probation for HS 11550 (docket 193260) with an S-7 search clause. I pointed to the male sitting on the curb in front of her house and asked her who the subject was. Ana replied "Ernie Baca". I asked her why he was in front of her house and she said she did not know. Ana said Ernie left approximately an hour ago and she went to sleep.

Ana said Ernie arrived at approximately midnight and they went to Denny's in her car to eat. After they ate she said they returned to her house and he left. I asked Ana if she had the key to the Corolla and she said "No". I

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 8 of 10 |

# Fremont Police Department

## Narrative

asked her if Baca left his cell phone in her car and she said she did not know. Ana offered to walk out and check her car for Baca's cell phone. I walked with her to a black Pontiac Sun fire and she located his cell on the passenger side of her car. I asked Ana to give the phone to Baca herself and ask him why he said he gave her they key to the Corolla. Ana willing walked over to where Baca was being detained and handed him his phone.

Ana became hesitant and did not say anything to Baca. I asked Baca in front of Ana what he did with the key to the Corolla. Baca said he gave it to her and looked at Ana. Ana said she did not have the key to the Corolla and did not know why he was saying that. I reminded Ana that she was on searchable probation and that she should be honest about the location of the key. I told Ana to talk with Baca about the location of the key while I made contact with the registered owner of the Corolla to ascertain if the vehicle was an unreported stolen vehicle.

I made contact with Sister Ann Gelles from Sisters of the Holy Family convent and confirmed the vehicle was not stolen. Gelles advised that Baca's mother Arlene worked at the convent. I tried to reach Arlene Baca with negative results. I asked Ana and Baca if they came up with the location of the key and they said no. I had no further questions for Ana and she returned to her home.

I arrested Baca for PC 148.9 (False name to Officer) based on the fact that he initially told me he was Chris Baca. I also arrested him for VC 14601 since I had observed him driving the corolla, pulling over to the curb to park and exit the driver side of the car with clear and unobstructed view. I confirmed his identity was Ernest Baca. I confirmed he was a parole and had a suspended driver's license. I handcuffed Baca and secured him in my patrol car.

I requested a tow for the Corolla per VC 14602.6. The vehicle was locked and the windows were rolled up. Prior to the arrival of the tow company I shined my flashlight through the windows of the car. I noticed what appeared to be the keys to the car on the floor board of the driver side. I further noticed what appeared to be the handle of a handgun underneath passenger seat. Allways tow arrived and the driver was able to unlock the driver side rear door for me to gain access. Officer Lambert and his K-9 arrived to assist with the search.

I searched the car and located a loaded black 9mm hand gun tucked under the passenger seat. Officer Lambert rendered the gun safe. Officer Macdonald photographed the handgun with his digital camera and I secured the gun in the trunk of my patrol car. I located the pink slip to the car and a DMV transfer form in the glove box. The pink slip was signed off by registered owner and the DMV for was filled out and signed by Ernest Baca. I collected the indicia with Ernest Baca's information and later submitted them in as evidence.

K-9 "Dax" was deployed to search the car for contraband. Officer Lambert deployed canine "Dax" into the vehicle and he indicated the presence of odor of narcotics/drugs in the area of the center console at the front of the dash by scratching.

I located a white medicine bottle (no name listed on the label) in the center counsel. Inside the bottle I located a clear plastic baggie with a white crystal like substance. From my training and experience I recognized the substance to be methamphetamine. Officer MacDonald photographed the bottle and suspected methamphetamine and I secured the substance in the trunk of my patrol car. I later weighed and NIK tested the substance at the station. The substance weighed approximately 3.0 grams in its packaging and was presumptive positive for methamphetamine.

I located a portable hand held scanner with earplugs in the driver side rear floorboard. I collected the scanner and later submitted the scanner in as evidence. In the trunk of the car I located three long gun boxes. In each box contained two long firearms (3 rifles and 3 shotguns). The firearms in the trunk were not loaded and no ammunition was located in the trunk. Officer MacDonald photographed the firearms and I secured them in the rear of my patrol car. Officer MacDonald later downloaded all the digital photos in as evidence.

The gun boxes contained a label from RMB enterprises. Officer Lambert assisted further by contacting the owner of RMB Enterprises, a Milpitas gun shop. Officer Lambert spoke to Blank on the telephone and asked if he had been the victim of recent commercial burglary. Officer Lambert informed him that we had several of his cardboard gun boxes with his stores name on them. Blank advised he had not been a victim and stated he frequently throws out the boxes. Officer Lambert memorialized Blank's statement via his digital recorder which was later downloaded to the FPD mainframe. Refer to his supplement for further.

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 9 of 10 |

**070802004** Supplement No ORIG

# Fremont Police Department

## Narrative

The vehicle was towed by Allways Tow, at my request, per VC 14602.6. I had the vehicle entered into SVS under FCN # 1090721400832.

Officer MacDonald transported Baca to Fremont jail for booking.

I re-contacted Ana and obtained a taped statement. Ana confirmed she and Baca drove in her car to Denny's and that she never entered the green Corolla. Ana said Baca arrived in a green car and left in a green car. Ana said she had no knowledge of any firearms in the Corolla. Ana said she had no conversations with Baca about firearms. Ana said this was the first time she had ever seen Baca with this green car. Although Ana had a search clause she consented to search of her room, house and car. The search yielded negative results.

I, along with additional police personnel, conducted a parole search of Baca's listed residence. I recorded my knock notice and was met at the door by Arlene Baca (Ernest Baca's mother). I advised the reason for our search and she allowed us in and pointed to where Baca's belonging were. Arlene said Ernest had not slept at the residence in 2 months and only used the address for his parole. Arlene said Ernest frequently stops by but does not sleep there. Arlene also asked about the green Corolla. She said Ernest purchased the car on Monday from her work and she told him he needed to put the car in his name immediately. I searched his room and outdoor storage area which met with negative results.

I attempted to contact Parole Agent Enriquez (Baca's parole agent) with negative results. I did contact Parole agent Tonia Wells and she issued a PC 3056 hold on Baca. I confirmed with FPD Jail that they received the parole hold.

Based on this investigation I believe Baca deliberately locked the keys in the car to avoid having affiliation with it. I believe he lied to me about his name in an attempt to avoid being searched as a condition of his parole. I clearly observed Baca in the listed vehicle and no other persons entering or exiting. Based on the short period of time from my first and second contact (within minutes) Baca was the only person in control of the car. Baca had indicia (DMV transfer form) filled out and signed in the vehicle. Baca being a convicted felon and documented gang member makes it illegal to be in possession or control of firearms. Baca was in control of a loaded firearms located on the passenger seat and six additional firearms in the trunk. In addition 3.0 grams of suspected methamphetamine was located in the center counsel of the vehicle.

Based on this investigation I recommend this case be forwarded to DDA for charging Baca with the following: PC 148.9, VC 14601, PC 3056, PC 12021, PC 12025, PC 12031, HS 11377, and HS 11370.1.

I contacted Detective Crandall and Detective Little and advised them of this case. Due to Baca's criminal history, the amount of weapons located, it was determined that Detective Crandall and Detective Little would take over this investigation. At approximately 0630 hours I gave custody of all seven firearms to Detective Crandall. Refer to his supplement report for further.

I contacted GVS Detective Brannon and discussed this case. Detective Brannon advised me that Baca is a well known documented Irvington Norteno gang member and that he (Brannon) will also conduct follow up. Refer to Detective Brannon's supplement for further.

cc: Parole Agent Enriquez (Hayward)

| Report Officer | Printed At | |
|---|---|---|
| 12199/MAGANA, ARMANDO | 08/07/2007 11:25 | Page 10 of 10 |