# EXHIBIT B



BACA-0157



BACA-0147



BACA-0141





BACA-0125



BACA-0119

| | |
|---|---|
| Location: | |
| Date/Time: | 12/5/10 |
| Participants: | |
| Case number: | |
| Case number (State): | |
| Lab Number | |
| Type: | Pistol |
| Make: | Beretta A. |
| Model: | 92FS |
| Manufacturer/Importer: | Beretta |
| Serial: | BER023712Z |
| Barrel Length: | 4 7/8 inches |
| Overall Length: | 8 1/2 inches |
| Finish: | black |
| Proofmark: | (mark) |
| Condition: | Good |
| Function Test (Y/N): | N |
| Ammunition Headstamp: | |
| Caliber: | |
| Quantity: | |
| Condition: | |

BACA-0107



SPEER FC, R-P, WIN 9mm Luger FC

4 each

(3) Speer (8) FC, WRR (1)

1 black magazine

BACA-0177