# EXHIBIT C

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

── OFFENSE CHARGED ──

18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

── DEFENDANT - U.S. ──
▶ ERNEST PASCUAL BACA

DISTRICT COURT NUMBER
CR07-00659 DLJ

FILED
OCT 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

── DEFENDANT ──

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

── PROCEEDING ──
Name of Complaintant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
Alameda County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BRYAN R. WHITTAKER, SAUSA

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

*E-filing*

---

UNITED STATES OF AMERICA,

V.

ERNEST PASCUAL BACA,

**CR07-00659** DLJ

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition

---

A true bill.

_____
Foreman

Filed in open court this 18th day of October 2007

_____
Clerk

Bail, $ No bail arrest warrant

Wayne D. Brazil    10-18-07

E-filing

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0C659 |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition |
| v. | |
| ERNEST PASCUAL BACA, | OAKLAND VENUE |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

On or about August 2, 2007, in the Northern District of California, the defendant,

ERNEST PASCUAL BACA,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in an affecting interstate commerce, the following firearms and ammunition: (1) a Beretta, Model 92FS, 9 millimeter pistol, serial number BER082812Z; (2) a Savage Arms Corporation, lever action rifle, Model 300 Savage, serial number 535943; (3) a Winchester, Model 50, 20 gauge shotgun, serial number 120157; (4) a Winchester, Model 94, 30-30 rifle classic, serial number 3006996; and (5) eight rounds of

BACA INDICTMENT

1  Federal Cartridge Company, 9 millimeter, Luger full metal jacket; all in violation of Title 18, *ammunition*
2  United States Code, Section 922(g)(1).
3
4  DATED:                                          A TRUE BILL.
5  October 18, 2007
6                                                  FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11
12 (Approved as to form: _____ )
13                      SAUSA WHITTAKER
14
...
28

BACA INDICTMENT