JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3693
   Facsimile:  (510) 637-3724
   E-Mail:    wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERNEST PASCUAL BACA,<br><br>    Defendant. | No. CR-07-0659 DLJ<br><br>**REQUEST TO STAY PRE-TRIAL RELEASE ORDER FOR DEFENDANT ERNEST PASCUAL BACA**<br><br>Date:<br>Time:<br>Court:   Hon. D. Lowell Jensen |

On July 18, 2008, Magistrate Judge Wayne D. Brazil granted the pre-trial release of Defendant Ernest Pascual Baca to a half-way house upon execution of a $250,000 bond. Per the United States' request, Magistrate Judge Brazil stayed the Order until July 21, 2008 at 5:00 p.m. to allow the United States time to appeal the same Order. The United States has timely filed its

///

///

///

///

REQ. TO STAY ORDER
No. CR-07-0659 DLJ         1

1  appeal and hereby requests this Court to further stay the Order to such time that this Court can
2  hear the United States' appeal of the Order.
3
4  DATED: July 21, 2008                                    Respectfully submitted,
5                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
6
7                                                          /s/ WMR
8                                                          _____
                                                           WADE M. RHYNE
9                                                          Assistant United States Attorney
10
11         Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order
12  of Magistrate Judge Wayne D. Brazil granting pre-trial to Defendant Ernest Pascual Baca to a
13  half-way house pending execution of a $250,000 bond is hereby stayed until such time that this
14  Court can hear the United States' appeal of the Order.
15
16
    DATED:_____                               _____
17                                                        HON. D. LOWELL JENSEN
                                                          United States District Judge
18

REQ. TO STAY ORDER
No. CR-07-0659 DLJ                        2