1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, California 94612
     Telephone:  (510) 637-3693
7    Facsimile:  (510) 637-3724
     E-Mail:     wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-07-0659 DLJ
                                     )
14          Plaintiff,               )    **[PROPOSED] ORDER GRANTING**
                                     )    **UNITED STATE'S APPEAL AND**
15  v.                               )    **ORDERING DETENTION OF**
                                     )    **DEFENDANT ERNEST PASCUAL**
16  ERNEST PASCUAL BACA,             )    **BACA**
                                     )
17          Defendant.               )    Date:
                                     )    Time:
18                                   )    Court:      Hon. D. Lowell Jensen
    _____    )
19

20        Having read and considered the papers filed by the parties in connection with the above-

21  entitled matter, this Court finds that the Defendant Ernest Pascual Baca is a danger to the

22  community and a flight risk.   Therefore, this Court **GRANTS** the United States' Appeal Of Pre-

23  Trial Release Order For Defendant, and Defendant is hereby **ORDERED** detained.

24

25  DATED:_____

26                                                    _____
                                                      HON. D. LOWELL JENSEN_____
    _____ United States District Judge
27

28

    [PROPOSED] ORDER
    No. CR-07-0659 DLJ                   1