1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3693
7     Facsimile:  (510) 637-3724
      E-Mail:     wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0659 DLJ |
|---|---|---|
| Plaintiff, | ) | **REQUEST TO STAY PRE-TRIAL RELEASE ORDER FOR DEFENDANT ERNEST PASCUAL BACA** |
| v. | ) | |
| ERNEST PASCUAL BACA, | ) | Date: 7/25/08 At 9:00AM |
| Defendant. | ) | Time: |
|  | ) | Court: Hon. D. Lowell Jensen |

On July 18, 2008, Magistrate Judge Wayne D. Brazil granted the pre-trial release of Defendant Ernest Pascual Baca to a half-way house upon execution of a $250,000 bond. Per the United States' request, Magistrate Judge Brazil stayed the Order until July 21, 2008 at 5:00 p.m. to allow the United States time to appeal the same Order. The United States has timely filed its

///
///
///
///

REQ. TO STAY ORDER
No. CR-07-0659 DLJ                    1

appeal and hereby requests this Court to further stay the Order to such time that this Court can hear the United States' appeal of the Order.

DATED: July 21, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ WMR

———————————————
WADE M. RHYNE
Assistant United States Attorney

Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of Magistrate Judge Wayne D. Brazil granting pre-trial to Defendant Ernest Pascual Baca to a half-way house pending execution of a $250,000 bond is hereby stayed until such time that this Court can hear the United States' appeal of the Order.

DATED: July 21, 2008

———————————————
HON. D. LOWELL JENSEN
United States District Judge