UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

**v.**                                              **No.** CR-07-00659-DLJ

**Defendant:** Ernest Pascual Baca [in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:**  Ned Smock

**Interpreter:** <u> not needed</u>

**Pretrial Services  Officer:** Victoria Gibson

**Reason for Hearing:**                    **Ruling:**
Government's Appeal of Magistrate's Release Order- HELD

**Notes:**  Court will allow release under conditions set by Magistrate Judge Brazil. Court to issue order.

(Case Continued to    8/29/08 at 11:00AM    for  Defendant's Motion to Suppress)

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                   for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:**          **Ends:**