**United States District Court**
For the Northern District of California

```
United States of America,      )
                               )
            Plaintiff,         )
                               )
     v.                        )
                               )     No. CR-07-0659-DLJ
Ernest Pascual Baca,           )
                               )     ORDER
            Defendant.         )
_____)
```

On July 21, 2008, the United States filed an appeal of Magistrate Judge Brazil's Order of July 18, 2008 granting pre-trial release of Defendant Baca. On July 25, 2008 this Court held a *de novo* hearing on the matter. Attorney Wade Rhyne appeared on behalf of the United States and defendant was represented by Attorney Edward Smock. Having reviewed the papers and having heard oral argument on this matter, the Court finds the following.

The Bail Reform Act requires the courts to apply the least restrictive condition or combination of conditions which will reasonably assure the appearance of the person as required and the safety of the community. 18 U.S.C. § 3142(c)(2). The Government bears the burden of showing a flight risk by a preponderance of the evidence and a danger to the community by clear and convincing evidence. *United States v. Motamendi*, 767 F.2d 1403 (9th Cir. 1985). *See also* 18 U.S.C. § 3142(g). Having heard all of the evidence, this Court is satisfied that the combination of circumstances and conditions of release fashioned by Judge Brazil justify defendant's release under the terms and conditions outlined in Judge Brazil's July 18, 2008 Order.

1
2          IT IS SO ORDERED.
3   Dated: July 25, 2008
    
    _____
4                                  D. Lowell Jensen
                                   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28