BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0659 DLJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS** |
| vs. | |
| ERNEST BACA, | |
| Defendant. | |

On July 11, 2008, the parties proposed, and the Court adopted, a schedule for the filing of a defense motion to suppress. The date for oral argument was set for August 29, 2008. Defense counsel has since realized that he will be out of state at a wedding on that date and is therefore asking that the schedule be moved back one week. Counsel for the United States has no objection to this request. The proposed amended schedule is as follows:

//
//
//
//

1

1  *Defense Motion:* August 8, 2008

2  *Government Opposition:* August 22, 2008

3  *Defense Reply (If any):* August 29, 2008

4  *Oral Argument:* September 5, 2008

5        The parties stipulate and agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) based on the filing of a pretrial motion between July 11, 2008 and September 5, 2008.

Dated: July 29, 2008                                       /s/ Ned Smock
                                                                  NED SMOCK
                                                                  Assistant Federal Public Defender

Dated: July 29, 2008                                       /s/ Wade Rhyne
                                                                  WADE RHYNE
                                                                  Assistant United States Attorney

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the amended motion schedule set forth above is adopted and that the matter is set for oral argument on the motion September 5, 2008. Time is excluded between July 11, 2008 and September 5, 2008 pursuant to 18 U.S.C. § 3161(h)(1)(F).

Dated: July ___, 2008                                  _____
                                                                  HONORABLE D. LOWELL JENSEN
                                                                  United States District Judge