1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant BACA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-07-0659 DLJ
                                      )
12 |            Plaintiff,            )   **STIPULATION AND ORDER**
                                      )   **AMENDING BRIEFING SCHEDULE**
13 | vs.                              )   **AND HEARING DATE ON**
                                      )   **DEFENDANT'S MOTION TO**
14 | ERNEST BACA,                     )   **SUPPRESS**
                                      )
15 |            Defendant.            )
     _____)
16

17       On July 11, 2008, the parties proposed, and the Court adopted, a schedule for the filing of

18  a defense motion to suppress. The date for oral argument was set for August 29, 2008. Defense

19  counsel has since realized that he will be out of state at a wedding on that date and is therefore

20  asking that the schedule be moved back one week. Counsel for the United States has no

21  objection to this request. The proposed amended schedule is as follows:

22  //

23  //

24  //

25  //

26

                                                   1

1 | *Defense Motion:* August 8, 2008

2 | *Government Opposition:* August 22, 2008

3 | *Defense Reply (If any):* August 29, 2008

4 | *Oral Argument:* September 5, 2008 **at 11:00 AM**

5 |     The parties stipulate and agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) based on the filing of a pretrial motion between July 11, 2008 and September 5, 2008.

Dated: July 29, 2008

/s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender

Dated: July 29, 2008

/s/ Wade Rhyne
WADE RHYNE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the amended motion schedule set forth above is adopted and that the matter is set for oral argument on the motion September 5, 2008. Time is excluded between July 11, 2008 and September 5, 2008 pursuant to 18 U.S.C. § 3161(h)(1)(F).

Dated: July 30, 2008

_____
HONORABLE D. LOWELL JENSEN
United States District Judge