# Exhibit B

Police Call #P07067272

## Detailed History for Police Call #P07067272 As of 5/09/2008 15:49:15

Priority:3 Type:94 - Subject Stop
Location:MOWRY AV / GLENVIEW DR,FRE < 4500/38999>

| Created: | 08/02/2007 01:38:24 | PD04 | 12228 |
|---|---|---|---|
| Entered: | 08/02/2007 01:38:24 | PD04 | 12228 |
| Dispatch: | 08/02/2007 01:38:24 | PD04 | 12228 |
| Enroute: | 08/02/2007 01:38:24 | PD04 | 12228 |
| Onscene: | 08/02/2007 01:38:24 | PD04 | 12228 |
| Control: | 08/02/2007 01:53:24 | PD05 | 12939 |
| Transprt: | 08/02/2007 02:44:05 | PD05 | 12939 |
| Complete: | 08/02/2007 02:57:52 | PD04 | 12228 |
| Closed: | 08/02/2007 07:30:05 | PD07 | 2177 |

IC: PrimeUnit:2A6 Dispo:RPT Type:94 - Subject Stop
Agency:FPD Group:P2 Zone:2D RD:520
Case #:PR070802004    ☑ Detail

| Time | Action | Unit | Detail |
|---|---|---|---|
| 01:38:24 | CREATE | 12228/PD04 | Location:MOWRY AV / GLENVIEW DR,FRE LocDesc: < 4500/38999> Map:5444S |
| 01:38:24 | ENTRY | | Type:None-->94 Group:None-->P2 RD:None-->520 TypeDesc:None-->Subject Stop Priority:None-->3 Response:None-->1PAT Agency:None-->FPD |
| 01:38:24 | DISPOS | | 2A6 Location:MOWRY AV / GLENVIEW DR,FRE Operator:12199 OperNames:MAGANA, ARMANDO |
| 01:38:24 | -PRIU | | 2A6 |
| 01:38:25 | -PREMIS | | Comment:PPR |
| 01:38:58 | BACKER | | 2O8 UnitID:2A6 Operator:12740 OperNames:MACDONALD, TRAVIS |
| 01:41:10 | *ONSCN | 12740/P206 | 2O8 |
| 01:41:21 | RFT | 12228/PD04 | 2A6 Comment:INQUIRY Q,BACA,ERNEST,09101978,,M,,,,,, |
| 01:50:12 | CONTCT | 12939/PD05 | 2A6 |
| 01:53:24 | OK | | 2A6 2O8 |
| 01:58:06 | RFT | 12228/PD04 | 2A6 Comment:INQUIRY Q,CUEVA,ANN,08101981,,F,,,,,, |
| 01:58:11 | RFT | | 2A6 Comment:INQUIRY Q,CUEVA,ANA,08101981,,F,,,,, |
| 02:08:28 | CONTCT | 12939/PD05 | 2A6 2O8 |
| 02:20:23 | *RFT | 12199/P145 | 2A6 Comment:INQUIRY Q,,,,,B4713375,,,,, |
| 02:21:24 | *RFT | | 2A6 Comment:INQUIRY Q,BACA,ERNIE,09101978,,M,,,,,, |
| 02:23:42 | CONTCT | 12939/PD05 | 2A6 2O8 |
| 02:30:48 | *RFT | 12199/P145 | 2A6 Comment:INQUIRY Q,,,,,B7533471,,,,, |
| 02:41:07 | CONTCT | 12939/PD05 | 2A6 2O8 |
| 02:42:12 | REQUST | | 2O8 Rtype:TT -Community:T1 -Company:ALL -Location:MOWRY AV / GLENVIEW DR,FRE |
| 02:43:34 | MISCN | 12228/PD04 | Comment:ALLWAYS TOW ADV |
| 02:44:05 | TRANSP | 12939/PD05 | 2A6 Location:JAIL |
| 02:44:05 | CASE | | 2A6 Case#:PR070802004 |
| 02:48:50 | *RFT | 12740/P206 | 2O8 Comment:INQUIRY REG,,3VSD631,A,,,,,,,,,,,,,, |
| 02:52:52 | RMISC | 12228/PD04 | 2O8 Company:WALTS ReqReason:14602.6 Comment:97 TOYT 4D GREEN BOT PLTS |
| 02:57:52 | CMPLT | | 2A6 |
| 02:57:58 | CLOS | | 2A6 |
| 02:59:51 | MISCN | | Comment:ALLWAYST WO IS TOW COMPANy** |
| 03:00:02 | LOGM | | 2A6 Message:9907080210000007076 Received:08/02/2007 02:59:55 Comment:LOGM |
| 03:01:58 | CONTCT | 12939/PD05 | 2O8 |
| 03:02:02 | RFT | 12228/PD04 | 2O8 Comment:INQUIRY Q,,,,,,3XTV226,,,, |
| 03:07:21 | BACKER | 12939/PD05 | 1K3 UnitID:2A6 Operator:2762 OperNames:LAMBERT, JASON |
| 03:08:05 | CONTCT | | 2A6 |
| 03:20:16 | RFT | 12228/PD04 | 1K3 Comment:INQUIRY GUN,,,,,X,BER082812Z,,,,,,,,,,,,,, |

BACA-0180

```
03:20:49 ONSCN                   1K3
03:28:25 CONTCT                  2A6 1K3 2O8 Contact:0
03:47:13 MISCN                   1K3 Comment:R AND B ENTERPRISE - 100 JACKLYN RD ON MILPITAS RD
03:52:40 BACKER   12939/PD05     S13 UnitID:2A6 Operator:2229 OperNames:TASSANO, TONY
03:53:55 MISCN    12228/PD04     Comment:MILPITAS WILL BE 59 TO THE LOCATION RMB ENTERPRISES
03:55:31 *ONSCN   2229/P168      S13
03:56:30 BACKER   12939/PD05     2A18 UnitID:1K3 Operator:1876 OperNames:COOPER, GARY
04:01:26 *ONSCN   1876/P131      2A18
04:12:50 MISCN    12228/PD04     Comment:4089465287 BUSI NUMBER..OWNER IS ROBERT BLANK - 408-227-0490
04:15:43 MISCN                   Comment:HOME ADD - 5717 EAST MAKATI CIRCLE SAN JOSE
04:16:08 MISCN                   Comment:ALARM COMPANY TO THE BUSI - 415-997-7800 ADT
04:16:55 MISCN                   Comment:DOB FOR BLANK IS 03021961
04:17:30 MISCN                   Comment:408 244 4182
04:34:21 MISCN                   1K3 Comment:PAROLE OFFICER ENRIGUEZ
04:55:31 TRANSP   2526/PD02      2O8 Location:JAIL
04:57:57 BACKER                  1A6 UnitID:S13 Operator:12901 7506 OperNames:FAZIO, THOMAS MAHBOOBI, RAMIN
04:58:17 CHGLOC                  1A6 Location:DOANE ST / FREMONT BL,FRE
04:58:32 MISCN    12939/PD05     2A18 Comment:NOTIFY PUB BROKEN 1IN WATER LINE ON SIDEWALK IFO HONEY
                                  BAKED HAMS, SOMEONE MAY HAVE HIT IT AND NOW IT'S SPRAYING WATER INTO
                                  THE STREET
05:00:39 CHGLOC   2526/PD02      S13 Location:FREMONT BL / DOANE ST,FRE
05:01:01 CHGLOC   12198/PDD2     2A6 S13 1A6 1K3 2A18 Location:43226 MONTROSE AV,FRE
05:01:33 *CMPLT   12740/P206     2O8
05:03:42 MISCN    12939/PD05     1K3 Comment:RMS BACA,CHRIS, 29
05:04:35 RFT                     1K3 Comment:INQUIRY Q,BACA,CHRIS,04271983,,M,,,,,,
05:05:04 *ONSCN   12901/P123     1A6
05:06:32 RFT      12939/PD05     1K3 Comment:INQUIRY Q,BACA,CHRISTOPHER,04271983,,M,,,,,,
05:08:12 MISCN                   2A18 Comment:ACWD ENR FOR BROKEN WATER PIPE ON MOWRY
05:19:21 ONSCN    2526/PD02      2A6 S13 1K3 2A18
05:20:33 MISCN                   1K3 Plate:3HSG554 Comment:.
05:20:50 MISCN                   1K3 Plate:2UGA013 Comment:.
05:23:44 MISCN                   S13 Comment:CONTACT AT THE FRONT DOOR
05:30:33 OK                      2A6 S13 1A6 1K3 2A18 2O8
05:37:32 *CLEAR   12901/P123     1A6 Dispo:ADJ
05:37:36 *CLEAR   12740/P206     2O8
05:38:04 CHGLOC   2526/PD02      2A6 Location:FPD,FRE
05:38:11 CHGLOC                  1K3 Location:FPD,FRE
05:39:01 CLEAR                   S13
06:05:12 *RFT     1876/P131      2A18 Comment:INQUIRY REG,6J68910,C,,,,,,,,,,,,,,,
06:11:20 CLEAR    2526/PD02      2A18
06:21:14 ONSCN    12486/PD03     2A6
06:26:01 ONSCN    2526/PD02      1K3
07:26:17 *CLEAR   2762/P149      1K3 Dispo:ADJ
07:30:05 CLEAR    2177/PD07      2A6 Dispo:RPT
07:30:05 -CLEAR
07:30:05 CLOSE
```