# Exhibit C

1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant BACA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-07-0659 DLJ
                                     )
12                    Plaintiff,     )    **DECLARATION OF ERNEST BACA**
                                     )
13  vs.                              )
                                     )
14  ERNEST BACA,                     )
                                     )
15                    Defendant.     )
    _____ )
16

17       I, Ernest Baca, declare the following to be true under penalty of perjury:

18  1.   On August 2, 2007, I was stopped and questioned by Officer Magana from the Fremont

19       Police Department.

20  2.   He ultimately searched me and told me to sit on the curb. At that point, he started to

21       demand the keys to the green Toyota Corolla. I told him that I did not have the keys.

22       After he kept asking me and Ana Cueva for the keys for a long time, Officer Magana

23       called for a tow truck to come. While we waited for the tow truck, the Officer Magana

24       looked into the windows of the car with a flashlight about four or five times. I assumed

25       that he was looking for the keys when he did this because he also looked in the bushes,

26       over a fence, and across the street. Officer MacDonald stood next to me while Officer

1     Magana looked for the keys.  Officer Magana kept pressing me to give him the keys,

2     telling me things like "give me the keys and I won't give you a ticket."

3     3.     About fifteen minutes after Officer Magana called for him, the tow truck driver arrived,

4     but the police sent him to get a slim jim to open up the car.  I did not hear Officer Magana

5     say anything about seeing a gun during this time.  Likewise, at no time did he say that he

6     could see the keys inside the car.  Officer Magana never asked me about a gun or keys

7     inside the car.

8     4.     Once the tow truck driver got back, he managed to open the driver side rear door, but

9     Officer Magana did not go into the car.  Instead, we waited for what seemed like ten or

10     fifteen minutes for a K-9 officer to come with a dog.  Once the K-9 officer arrived, he

11     opened the car and sent the dog inside.  From where I was sitting, I could see that the K-

12     9 officer pulled out a pill bottle from the car.  After that, I saw the same K-9 officer pull

13     out a handgun.  I did not see Officer Magana go into the vehicle until after the K-9 officer

14     found the gun.

15

16     8/7/08                    ERNEST BACA

       DATED                         ERNEST BACA

17

18

19

20

21

22

23

24

25

26

DECL. OF ERNEST BACA          2