JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:    wade.rhyne@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br><br>    v. )<br><br>ERNEST PASCUAL BACA, )<br>        Defendant. )<br>_____ ) | No. CR-07-0659 DLJ<br><br>STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS |

      On July 30, 2008, this Court approved an amended briefing schedule and hearing date for the defense's motion to suppress, due to defense counsel's availability.  On August 8, 2008, in accordance with this Court's order, the defense filed its motion to suppress.  However, because counsel for the United States will be out of state on official business during the week of August 18, 2008, and because one of the primary witnesses will be unavailable for consultation during the current briefing schedule, counsel for the United States requests the remaining dates on the briefing schedule be moved back an additional two weeks.  Counsel for the defense concurs in the request.  The proposed amended schedule is as follows:

    *Government Opposition*: September 5, 2008

STIPULATED REQUEST AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
CR-07-0659 DLJ

1    *Defense Reply (If any)*: September 12, 2008

2    *Oral Argument*: September 26, 2008

3        The parties further stipulate and agree that time should be excluded pursuant to 18 U.S.C.

4    § 3161(h)(1)(F) based on the filing of a pretrial motion between July 11, 2008 and September 26,

5    2008.

6

7    DATED: August 14, 2008

8

9

10    _____         _____
      WADE M. RHYNE                             /S/
11    Assistant United States Attorney          NED SMOCK
      Counsel for United States                 Counsel for Defendant
12

13

14        I hereby attest that I have authorization to file this document on behalf of those

15    individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed

16    document.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
CR-07-0659 DLJ

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )    No. CR-07-0659 DLJ
                                      )
12           Plaintiff,               )    [PROPOSED] ORDER TO AMEND
                                      )    BRIEFING SCHEDULE AND HEARING
13      v.                            )    DATE ON DEFENDANT'S MOTION TO
                                      )    SUPPRESS
14   ERNEST PASCUAL BACA,             )
                                      )    Date:      September 26, 2008
15           Defendant.               )    Time:      11:00 p.m.
                                      )    Court:     Hon. D. Lowell Jensen
16                                    )
     ─────────────────────────────   )
17
         The parties jointly requested that the briefing schedule and hearing date in this matter be

18
     amended, and that time be excluded under the Speedy Trial Act between July 11, 2008 and
19
     September 26, 2008 pursuant to 18 U.S.C. § 3161(h)(1)(F) based on the filing of the current
20
     pretrial motion.
21
         GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the amended motion
22
     schedule set forth above is adopted and that the matter is set for oral argument on the motion on
23
     September 19, 2008.   Time is excluded between July 11, 2008 and September 26, 2008 pursuant
24
     to 18 U.S.C. § 3161(h)(1)(F).
25

26
     DATED:_____         _____
27
                                       HON. D. LOWELL JENSEN
28                                     United States District Judge

     STIPULATED REQUEST AND [PROPOSED] ORDER
     TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
     CR-07-0659 DLJ