JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:    wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0659 DLJ |
|     Plaintiff, ) | |
| v. ) | STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS; **AND ORDER** |
| ERNEST PASCUAL BACA, ) | |
|     Defendant. ) | |

      On July 30, 2008, this Court approved an amended briefing schedule and hearing date for the defense's motion to suppress, due to defense counsel's availability.  On August 8, 2008, in accordance with this Court's order, the defense filed its motion to suppress.  However, because counsel for the United States will be out of state on official business during the week of August 18, 2008, and because one of the primary witnesses will be unavailable for consultation during the current briefing schedule, counsel for the United States requests the remaining dates on the briefing schedule be moved back an additional two weeks.  Counsel for the defense concurs in the request.  The proposed amended schedule is as follows:

      *Government Opposition*: September 5, 2008

STIPULATED REQUEST AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
CR-07-0659 DLJ

1 | *Defense Reply (If any)*: September 12, 2008

2 | *Oral Argument*: September 26, 2008

3 | The parties further stipulate and agree that time should be excluded pursuant to 18 U.S.C.
4 | § 3161(h)(1)(F) based on the filing of a pretrial motion between July 11, 2008 and September 26,
5 | 2008.

7 | DATED: August 14, 2008

_____ _____

/S/

WADE M. RHYNE  NED SMOCK
Assistant United States Attorney  Counsel for Defendant
Counsel for United States

14 | I hereby attest that I have authorization to file this document on behalf of those
15 | individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed
16 | document.

STIPULATED REQUEST AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
CR-07-0659 DLJ

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )   No. CR-07-0659 DLJ
                                         )
12       Plaintiff,                      )   ORDER TO AMEND BRIEFING
                                         )   SCHEDULE AND HEARING DATE ON
13       v.                              )   DEFENDANT'S MOTION TO SUPPRESS
                                         )
14  ERNEST PASCUAL BACA,                 )   Date:   September 26, 2008
                                         )   Time:   11:00 a.m.
15       Defendant.                      )   Court:  Hon. D. Lowell Jensen
                                         )
16                                       )
                                         )
17  ─────────────────────────────────────

        The parties jointly requested that the briefing schedule and hearing date in this matter be
amended, and that time be excluded under the Speedy Trial Act between July 11, 2008 and
September 26, 2008 pursuant to 18 U.S.C. § 3161(h)(1)(F) based on the filing of the current
pretrial motion.

        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the amended motion
schedule set forth above is adopted and that the matter is set for oral argument on the motion on
**September 26, 2008 at 11:00AM**..   Time is excluded between July 11, 2008 and September 26,
2008 pursuant to 18 U.S.C. § 3161(h)(1)(F).

DATED:   August 18, 2008            _____
                                    HON. D. LOWELL JENSEN
                                    United States District Judge

STIPULATED REQUEST AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
CR-07-0659 DLJ