BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0659 DLJ |
| ) | |
| Plaintiff, ) | DECLARATION OF NED SMOCK AND |
| ) | ORDER TO ALLOW ERNEST BACA |
| vs. ) | TO ATTEND FUNCTIONS RELATED |
| ) | TO HIS DAUGHTER'S BAPTISM |
| ERNEST BACA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Ned Smock, declare the following:

1. This Court previously ordered that Ernest Baca be released from custody to reside at the Cornell Corrections halfway house.

2. Mr. Baca and his family are making arrangements for his infant daughter, Ayana, to be baptized.

3. The baptism has been scheduled at Mr. Baca's family's church, Our Lady of Guadalupe Parish in Fremont, on September 13, 2008 at 2:00 p.m. The family is planning a celebration and dinner at the home of Mr. Baca's aunt in the evening after the baptism. In addition, parents are required to attend a pre-baptismal preparation class in advance of the baptism. That class is scheduled for August 25,

|   |   |   |
|---|---|---|
| 1 |  | 2008 at 7:30 p.m. and is expected to last approximately two hours.  I spoke with an |
| 2 |  | employee at Our Lady of Guadalupe Parish to confirm the length of the class. |
| 3 | 4. | I contacted AUSA Wade Rhyne about our request that Mr. Baca be allowed to |
| 4 |  | attend these functions, and he indicated that the government does not oppose the |
| 5 |  | request.  I also contacted Victoria Gibson from United States Pretrial Services, and |
| 6 |  | she indicated that she does not oppose the request. |
| 7 | 5. | In light of the fact that the baptism of his daughter is an extremely important event |
| 8 |  | for Mr. Baca, undersigned counsel respectfully requests that Mr. Baca be cleared to |
| 9 |  | leave Cornell Corrections to attend the baptism and the events related to the |
| 10 |  | baptism. Specifically, I request that Mr. Baca be allowed to attend the pre-baptismal |
| 11 |  | preparation class at Our Lady of Guadalupe Parish on August 25, 2008 from 7:30 |
| 12 |  | p.m. to 9:30 p.m.  He is to be picked up by a family member at 6:00 p.m. and driven |
| 13 |  | directly to the church.  According to Mapquest, the drive between the halfway |
| 14 |  | house and the church takes approximately 49 minutes.  I ask for 90 minutes for the |
| 15 |  | trip to ensure that traffic congestion does not cause Mr. Baca to miss the class or |
| 16 |  | baptism.   Mr. Baca is to be driven directly back to the halfway house after the class |
| 17 |  | is over.  Further, I request that Mr. Baca be allowed to be picked up by a family |
| 18 |  | member at 12:30 p.m. on September 13, 2008 and driven directly to the church for |
| 19 |  | his daughter's baptism.   After the baptism, he will be driven directly to the home of |
| 20 |  | his aunt at 3671 Wilmington Rd.; Fremont, CA to attend the celebration and dinner. |
| 21 |  | He will leave her home no later than 8:00 p.m. and be driven directly back to the |
| 22 |  | halfway house. |
| 23 | I declare that the foregoing is true to the best of my information and belief. | |
| 24 | | |
| 25 | Dated: August 20, 2008 | /S/ |
| 26 | | NED SMOCK<br>Assistant Federal Public Defender |

DECL. AND ORDER                                      2

**ORDER**

Good cause appearing therefore, it is the ORDER of this Court that defendant Ernest Baca shall be permitted to leave Cornell Corrections at 6:00 pm. on August 25, 2008 in order to attend the pre-baptismal preparation class at Our Lady of Guadalupe Parish at 41933 Blacow Rd., Fremont, CA. He is to be driven directly back to Cornell Corrections after the class is over. IT IS FURTHER ORDERED that Mr. Baca shall be permitted to leave Cornell Corrections at 12:30 p.m. on September 13, 2008 to attend his daughter's baptism at Our Lady of Guadalupe Parish at 41933 Blacow Rd., Fremont, CA. After the baptism, he is to be driven directly to the home of his aunt at 3671 Wilmington Rd.; Fremont, CA to attend a celebration and dinner. He will leave her home no later than 8:00 p.m. and is to be driven directly back to the halfway house, arriving no later than 9:30 p.m.

Dated: August 21, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge