BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0659 DLJ |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF NED SMOCK AND [PROPOSED] ORDER TO ALLOW ERNEST BACA TO ATTEND FUNERAL |
| vs. | ) | |
| ERNEST BACA, | ) | |
| Defendant. | ) | |

I, Ned Smock, declare the following:

1. This Court previously ordered that Ernest Baca be released from custody to reside at the Cornell Corrections halfway house.

2. Mr. Baca has learned that his father's longtime partner, Nancy Rombough, passed away. The funeral is scheduled for this Friday, September 12, 2008 at 10:30 a.m. at Holy Angels Sorensen Chapel, 1140 B Street, Hayward, CA. Mr. Baca would like to be at the funeral to provide support to his father.

3. Accordingly, the defense asks that Mr. Baca be allowed to be picked up by his mother, Arlene Baca, at Cornell Corrections at 9:00 a.m. on Friday, September 12, 2008 to attend the funeral. He is scheduled to visit his aunt at Summit Medical

DECL. AND PROPOSED ORDER                    1

1  Center in Oakland between noon and 5:00 p.m. that day, so his mother would take him from the funeral to Summit Medical Center, and then back to the halfway house.

3. I contacted AUSA Wade Rhyne about our request that Mr. Baca be allowed to attend the funeral, and he indicated that the government does not oppose the request so long as Mr. Baca's mother transports him to the funeral and hospital visit. I also contacted Victoria Gibson from United States Pretrial Services, and she indicated that she does not oppose the request.

I declare that the foregoing is true to the best of my information and belief.

Dated: September 10, 2008                    /S/
                                        NED SMOCK
                                        Assistant Federal Public Defender

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/S/" within this e-filed document.

**[PROPOSED] ORDER**

Good cause appearing therefore, it is the ORDER of this Court that defendant Ernest Baca shall be permitted to leave Cornell Corrections at 9:00 a.m. on September 12, 2008 to attend the funeral services of Nancy Rombough at Holy Angels Sorensen Chapel, 1140 B Street, Hayward, CA.. He will then go to the pre-approved visit with his aunt at Summit Medical Center in Oakland. He is to return directly to Cornell Corrections by 5:00 p.m. that same day. His mother, Arlene Baca will provide transportation.

Dated: September __, 2008                _____
                                        WAYNE D. BRAZIL
                                        United States Magistrate Judge

DECL. AND PROPOSED ORDER                    2