BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0659 DLJ |
| ) | |
| Plaintiff, ) | DECLARATION OF NED SMOCK AND |
| ) | ORDER TO ALLOW ERNEST BACA |
| vs. ) | TO VISIT FAMILY MEMBERS IN |
| ) | HOSPITAL |
| ERNEST BACA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Ned Smock, declare the following:

1. This Court previously ordered that Ernest Baca be released from custody to reside at the Cornell Corrections halfway house.

2. Mr. Baca received word last week that two close family members are having medical problems. Mr. Baca's grandmother is currently at Washington Hospital in Fremont suffering from a serious bladder infection. Mr. Baca's aunt is scheduled to have triple bypass heart surgery at Summit Medical Center in Oakland on this Wednesday.

3. Accordingly, Mr. Baca is asking that he be allowed to visit his grandmother at Washington Hospital in Fremont on Wednesday, September 10 between 4:00 p.m

DECL. AND ORDER                                1

and 9:00 p.m. Mr. Baca already has a meeting with me at my office on that day and would leave from my office and get to the hospital on BART. He is also asking to be allowed to leave the halfway house to visit his aunt at Summit Medical Center in Oakland on Friday, September 12, 2008 between 12:00 p.m. (noon) and 5:00 p.m. after her heart surgery has been completed.

4. I contacted AUSA Wade Rhyne about our request that Mr. Baca be allowed to visit his family members at the hospital, and he indicated that the government does not oppose the request. I also contacted Victoria Gibson from United States Pretrial Services, and she indicated that she does not oppose the request.

I declare that the foregoing is true to the best of my information and belief.

Dated: September 9, 2008                              /S/
                                              NED SMOCK
                                              Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, it is the ORDER of this Court that defendant Ernest Baca shall be permitted to be away from Cornell Corrections between 4:00 p.m. and 9:00 p.m. on September 10, 2008 (after a scheduled visit with his attorney in Oakland) in order to visit his grandmother at Washington Hospital at 2000 Mowry Avenue in Fremont. He is to return to the halfway house after his hospital visit. IT IS FURTHER ORDERED that Mr. Baca shall be permitted to leave Cornell Corrections at noon on September 12,

///

///

///

1  2008 to visit his aunt at Summit Medical Center at 350 Hawthorne Avenue in Oakland.  He

2  is to return directly to Cornell Corrections by 5:00 p.m. that same day.

4  Dated: September 10, 2008           _____
                                       WAYNE D. BRAZIL
5                                      United States Magistrate Judge

DECL. AND ORDER                                3