# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 10, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94607

       Re:    <u>United States v. Ernest Pascual Baca</u>
               CR-07-659 DLJ

Dear Judge Brazil:

      Thank you on behalf of Mr. Baca for accommodating our emergency requests for time away from the halfway house in light of the family emergencies that arose this week.

      I write to make your Honor aware of one last-minute change to the location of one of Mr. Baca's visits. Mr. Baca's grandmother was recently transferred from Washington Hospital in Fremont to Fremont Health Center at 39022 Presidio Way, Fremont, California. At the time I drafted the proposed order, I believed that his grandmother was still at Washington Hospital, so the order allows Mr. Baca to visit her there. I spoke with Victoria Gibson at Pretrial Services moments ago to ask that Mr. Baca be allowed to visit his grandmother at her current location since she has moved from Washington Hospital. Ms. Gibson agreed that Mr. Baca could go to Fremont Health Center based on your Order allowing visitation. She asked that I write to you to inform you of the changed location. The timing of the visit will remain unchanged.

      Should you have any questions or concerns, please do not hesitate to contact me. Thank you again for taking the time to accommodate these requests.

          Sincerely,

             /S/

          NED SMOCK
          Assistant Federal Public Defender

cc: AUSA Wade Rhyne