UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0659 DLJ |
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING DEFENDANT'S REQUEST TO LEAVE THE HALFWAY HOUSE ON WEEKEND PASSES** |
| ERNEST PASCUAL BACA, | ) | |
| Defendant. | ) | |

Having read and considered the papers filed by the parties in connection with the above-entitled matter, this Court finds that Defendant Ernest Pascual Baca's release conditions should not be modified to permit weekend passes from the halfway house to visit his grandparents.   Therefore, this Court DENIES Defendant's request.

DATED:  October 6, 2008

HON. WAYNE D. BRAZIL
United States Magistrate Judge

ORDERDENYING DEF.'S REQ. FOR WEEKEND PASSES
No. CR-07-0659 DLJ                                           1