1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant BACA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. CR-07-0659 DLJ
                                    )
12 |               Plaintiff,       )   **STIPULATION AND ORDER**
                                    )   **RESETTING SENTENCING DATE**
13 | vs.                            )
                                    )
14 | ERNEST BACA,                   )
                                    )
15 |               Defendant.       )
   |_____ )
16

17      Sentencing in this matter is currently set for February 13, 2009. The parties request that

18 sentencing be rescheduled for March 20, 2009. Because of scheduling issues related to the

19 holidays and trial, the probation interview occurred later than expected. Additional time is

20 needed to complete the probation report. In addition, Mr. Baca is attending an intensive

21 construction training program while at the halfway house and needs time to complete the

22 program. The assigned probation officer is in agreement with this request.

23

24
   Dated: January 26, 2009                    /s/ Ned Smock
25                                            NED SMOCK
                                              Assistant Federal Public Defender
26

                                       1

1
2  Dated: January 26, 2009                  /s/ Wade Rhyne
                                            WADE RHYNE
                                            Assistant United States Attorney
3
4  I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

5

6                                   **ORDER**

7  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the February 13,

8  2009 sentencing date is reset for March 20, 2009 at 10:00 a.m.

9
10 Dated: January 28, 2009                  _____
                                            HONORABLE D. LOWELL JENSEN
11                                          United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26